IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBEW LOCAL NO. 56 VACATION FUND, NATIONAL LABOR MANAGEMENT COOPERATIVE COUNCIL, NATIONAL ELECTRICAL BENEFIT FUND, MICHAEL ALBERICO AND AL CHURCH, AS TRUSTEES OF THE IBEW LOCAL UNION NO. 56 PENSION FUND, IBEW LOCAL UNION NO. 56 HEALTH AND WELFARE FUND, IBEW LOCAL UNION NO. 56 EMPLOYEES DEFERRED SAVINGS PLAN, IBEW LOCAL UNION NO. 56 DELINQUENCY PENALTY DEFAULT FUND, ELECTRICAL EDUCATIONAL TRUST FUND and IBEW LOCAL UNION NO. 56 SUPPLEMENTAL UNEMPLOYMENT FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> CASSA ELECTRIC, <br><br> Defendant. | CIVIL ACTION NO. 04-361 ERIE <br><br> Judge Sean J. McLaughlin <br><br> ***This document was electronically filed on July 11, 2005*** |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Elaina A. Smiley and the law firm of Meyer, Unkovic & Scott, LLP on behalf of Plaintiffs in the above-captioned matter.

MEYER UNKOVIC & SCOTT LLP

s/Elaina A. Smiley
Elaina A. Smiley
Pa I.D. #84024

1300 Oliver Building
Pittsburgh, PA  15222
(412) 456-2837
Attorneys For Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was served via first class, U.S. mail, postage prepaid, on this 11th day of July, 2005, upon the following:

>Jay Cassa
>Cassa Electric
>209 Wallace Street
>Erie, PA 16507

s/Elaina A. Smiley