IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBEW LOCAL NO. 56 VACATION FUND, NATIONAL LABOR MANAGEMENT COOPERATIVE COUNCIL, NATIONAL ELECTRICAL BENEFIT FUND, MICHAEL ALBERICO AND AL CHURCH, AS TRUSTEES OF THE IBEW LOCAL UNION NO. 56 PENSION FUND, IBEW LOCAL UNION NO. 56 HEALTH AND WELFARE FUND, IBEW LOCAL UNION NO. 56 EMPLOYEES DEFERRED SAVINGS PLAN, IBEW LOCAL UNION NO. 56 DELINQUENCY PENALTY DEFAULT FUND, ELECTRICAL EDUCATIONAL TRUST FUND and IBEW LOCAL UNION NO. 56 SUPPLEMENTAL UNEMPLOYMENT FUND, | CIVIL ACTION NO. 04-361 ERIE<br><br>Judge Sean J. McLaughlin |
| Plaintiffs, | ***This document was electronically filed.*** |
| vs. | |
| CASSA ELECTRIC, | |
| Defendant, | |
| vs. | |
| FIRST NATIONAL BANK, | |
| Garnishee. | |

**PRAECIPE FOR WRIT OF EXECUTION AGAINST GARNISHEE**

TO: CLERK, U.S. DISTRCIT COURT

Kindly issue a writ of execution in the above matter

1. against **Cassa Electric**, Defendant; and
2. against **First National Bank**, Garnishee;
3. Judgment Amount Due                                    $10,191.29
   Interest from 2/22/05 through
   7/13/05 at 6% per annum ($1.67 per diem)   $   235.47
            Subtotal:                                                 $10,426.76

Service Costs:                              $_____

Clerk of U.S. District Court:               $_____

**TOTAL DUE:**                              $_____


          Respectfully submitted,

          s/Elaina A. Smiley
          Joseph A. Vater, Jr.
          Pa I.D. #23654

          Elaina A. Smiley
          Pa I.D. #84024

          MEYER, UNKOVIC & SCOTT LLP
          1300 Oliver Building
          Pittsburgh, PA  15222
          (412) 456-2800
          Attorneys For Plaintiffs