IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBEW LOCAL NO. 56 VACATION FUND, NATIONAL LABOR MANAGEMENT COOPERATIVE COUNCIL, NATIONAL ELECTRICAL BENEFIT FUND, MICHAEL ALBERICO AND AL CHURCH, AS TRUSTEES OF THE IBEW LOCAL UNION NO. 56 PENSION FUND, IBEW LOCAL UNION NO. 56 HEALTH AND WELFARE FUND, IBEW LOCAL UNION NO. 56 EMPLOYEES DEFERRED SAVINGS PLAN, IBEW LOCAL UNION NO. 56 DELINQUENCY PENALTY DEFAULT FUND, ELECTRICAL EDUCATIONAL TRUST FUND and IBEW LOCAL UNION NO. 56 SUPPLEMENTAL UNEMPLOYMENT FUND, | CIVIL ACTION NO. 04-361 ERIE  Judge Sean J. McLaughlin |
| Plaintiffs, | |
| vs. | |
| CASSA ELECTRIC, | *This document was electronically filed.* |
| Defendant, | |
| vs. | |
| FIRST NATIONAL BANK, | |
| Garnishee. | |

**MOTION FOR SPECIAL APPOINTMENT TO SERVE PROCESS**

Pursuant to Rule 4(c), Federal Rules of Civil Procedure, the plaintiff(s) in the above-captioned civil action hereby move(s) this Court to specially appoint a process server at Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc. to serve the Interrogatories to Garnishee upon First National Bank, Garnishee in this action, and represent(s) that

1. Said person is competent and not less than eighteen (18) years of age.
2. Said person is not and will not be a party to this action.
3. Granting the instant motion will effect substantial savings in time and/or travel fees of the United States Marshal.

                                                                           s/Elaina A. Smiley
                                                                           Joseph A. Vater, Jr.
                                                                           Elaina A. Smiley
                                                                           Attorney for Plaintiffs