Case 1:04-cv-00361-SJM   Document 902   Filed 07/25/2005   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBEW LOCAL NO. 56 VACATION FUND, NATIONAL LABOR MANAGEMENT COOPERATIVE COUNCIL, NATIONAL ELECTRICAL BENEFIT FUND, MICHAEL ALBERICO AND AL CHURCH, AS TRUSTEES OF THE IBEW LOCAL UNION NO. 56 PENSION FUND, IBEW LOCAL UNION NO. 56 HEALTH AND WELFARE FUND, IBEW LOCAL UNION NO. 56 EMPLOYEES DEFERRED SAVINGS PLAN, IBEW LOCAL UNION NO. 56 DELINQUENCY PENALTY DEFAULT FUND, ELECTRICAL EDUCATIONAL TRUST FUND and IBEW LOCAL UNION NO. 56 SUPPLEMENTAL UNEMPLOYMENT FUND, | CIVIL ACTION NO. 04-361 ERIE  Judge Sean J. McLaughlin |
| Plaintiffs, | |
| vs. | |
| CASSA ELECTRIC, | |
| Defendant, | *This document was electronically filed.* |
| vs. | |
| FIRST NATIONAL BANK, | |
| Garnishee. | |

## ORDER

AND NOW, to wit, this _____ day of _____, 2005, IT IS ORDERED that a process server at Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc. be and the same is hereby specially appointed to serve the Interrogatories to Garnishee, upon **First National Bank,** Garnishee in this action.

IT IS FURTHER ORDERED that proof of such service shall be made by affidavit in accordance with Rule 4(l), Federal Rules of Civil Procedure.

FOR THE COURT:

_____