IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBEW LOCAL NO. 56 VACATION FUND, NATIONAL LABOR MANAGEMENT COOPERATIVE COUNCIL, NATIONAL ELECTRICAL BENEFIT FUND, MICHAEL ALBERICO AND AL CHURCH, AS TRUSTEES OF THE IBEW LOCAL UNION NO. 56 PENSION FUND, IBEW LOCAL UNION NO. 56 HEALTH AND WELFARE FUND, IBEW LOCAL UNION NO. 56 EMPLOYEES DEFERRED SAVINGS PLAN, IBEW LOCAL UNION NO. 56 DELINQUENCY PENALTY DEFAULT FUND, ELECTRICAL EDUCATIONAL TRUST FUND and IBEW LOCAL UNION NO. 56 SUPPLEMENTAL UNEMPLOYMENT FUND,  Plaintiffs, vs. CASSA ELECTRIC, Defendant, vs. FIRST NATIONAL BANK, Garnishee. | CIVIL ACTION NO. 04-361 ERIE<br><br>Judge Sean J. McLaughlin<br><br>***This document was electronically filed on September 20, 2005.*** |

**NOTICE OF ORDER, DECREE OR JUDGMENT**

TO:   First National Bank
      c/o Charles C. Casalnova, Esquire
      One F.N.B. Boulevard
      Hermitage, PA 16148-3363

   (X)   Garnishee

You are hereby notified that an Order, Decree or Judgment was entered in the above captioned proceeding on September _____, 2005.

(X)   The judgment is as follows:  In the amount of Two Thousand Six Hundred Forty One and Nine ($2,641.09) Dollars as admitted to be in the hands of Garnishee as stated in Garnishee's Answers to Interrogatories.

If you have any questions concerning the above, please contact:

Name of Attorney/Filing Party:  <u>Elaina A. Smiley</u>

Address:  <u>Meyer, Unkovic & Scott LLP, 1300 Oliver Bldg., Pittsburgh, PA 15222</u>

Telephone Number:  <u>(412) 456-2800</u>

_____
Deputy