IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBEW LOCAL NO. 56 VACATION FUND, NATIONAL LABOR MANAGEMENT COOPERATIVE COUNCIL, NATIONAL ELECTRICAL BENEFIT FUND, MICHAEL ALBERICO AND AL CHURCH, AS TRUSTEES OF THE IBEW LOCAL UNION NO. 56 PENSION FUND, IBEW LOCAL UNION NO. 56 HEALTH AND WELFARE FUND, IBEW LOCAL UNION NO. 56 EMPLOYEES DEFERRED SAVINGS PLAN, IBEW LOCAL UNION NO. 56 DELINQUENCY PENALTY DEFAULT FUND, ELECTRICAL EDUCATIONAL TRUST FUND and IBEW LOCAL UNION NO. 56 SUPPLEMENTAL UNEMPLOYMENT FUND,<br><br>          Plaintiffs,<br><br>vs.<br><br>CASSA ELECTRIC,<br><br>          Defendant,<br><br>vs.<br><br>FIRST NATIONAL BANK,<br><br>          Garnishee. | CIVIL ACTION NO. 04-361 ERIE<br><br>Judge Sean J. McLaughlin<br><br>***This document was electronically filed*** |

### PRAECIPE FOR MONEY JUDGMENT AGAINST FIRST NATIONAL BANK, GARNISHEE

TO: CLERK, U.S. DISTRICT COURT

      Please enter judgment against FIRST NATIONAL BANK, Garnishee, in the amount of Two Thousand Six Hundred Forty One and Nine ($2,641.09) Dollars, being part of the $2,816.09 admitted to be in the hands of Garnishee as stated in Garnishee's

Answers to Interrogatories, a copy of which is attached hereto and incorporated herein by reference.

            MEYER, UNKOVIC & SCOTT LLP

            s/Elaina A. Smiley
            Joseph A. Vater, Jr.
            Pa I.D. #23654

            Elaina A. Smiley
            Pa I.D. #84024

            1300 Oliver Building
            Pittsburgh, PA  15222
            (412) 456-2800
            Attorneys For Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Praecipe for Money Judgment Against First National Bank, Garnishee, has been served on all parties listed below by United States first class mail, postage prepaid this 20th day of September, 2005, addressed as follows:

> First National Bank
> c/o Charles C. Casalnova, Esquire
> One F.N.B. Boulevard
> Hermitage, PA 16148-3363

By:   s/Elaina A. Smiley, Esquire