575032.1                                                                04-361 ERIE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBEW LOCAL NO. 56 VACATION FUND, NATIONAL LABOR MANAGEMENT COOPERATIVE COUNCIL, NATIONAL ELECTRICAL BENEFIT FUND, MICHAEL ALBERICO AND AL CHURCH, AS TRUSTEES OF THE IBEW LOCAL UNION NO. 56 PENSION FUND, IBEW LOCAL UNION NO. 56 HEALTH AND WELFARE FUND, IBEW LOCAL UNION NO. 56 EMPLOYEES DEFERRED SAVINGS PLAN, IBEW LOCAL UNION NO. 56 DELINQUENCY PENALTY DEFAULT FUND, ELECTRICAL EDUCATIONAL TRUST FUND and IBEW LOCAL UNION NO. 56 SUPPLEMENTAL UNEMPLOYMENT FUND, | CIVIL ACTION NO. 04-361 ERIE<br><br>Judge Sean J. McLaughlin |
| Plaintiffs, | *This document was electronically filed* |
| vs. | |
| CASSA ELECTRIC, | |
| Defendant, | |
| vs. | |
| FIRST NATIONAL BANK, | |
| Garnishee. | |

**PRAECIPE FOR MONEY JUDGMENT AGAINST**
**FIRST NATIONAL BANK, GARNISHEE**

TO: CLERK, U.S. DISTRICT COURT

Please enter judgment against FIRST NATIONAL BANK, Garnishee, in the amount of Two Thousand Six Hundred Forty One and Nine ($2,641.09) Dollars, being part of the $2,816.09 admitted to be in the hands of Garnishee as stated in Garnishee's

575032.1                                                                04-361 ERIE

Answers to Interrogatories, a copy of which is attached hereto and incorporated herein by reference.

                    MEYER, UNKOVIC & SCOTT LLP

                    s/Elaina A. Smiley
                    Joseph A. Vater, Jr.
                    Pa I.D. #23654

                    Elaina A. Smiley
                    Pa I.D. #84024

                    1300 Oliver Building
                    Pittsburgh, PA 15222
                    (412) 456-2800
                    Attorneys For Plaintiffs

Clerks Entry of Judgment

*[signature]*
_____
Clerk, US District Court

Date: _____10·6·05_____                                By: _____*[signature]*_____