IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBEW LOCAL NO. 56 VACATION FUND, NATIONAL LABOR MANAGEMENT COOPERATIVE COUNCIL, NATIONAL ELECTRICAL BENEFIT FUND, MICHAEL ALBERICO AND AL CHURCH, AS TRUSTEES OF THE IBEW LOCAL UNION NO. 56 PENSION FUND, IBEW LOCAL UNION NO. 56 HEALTH AND WELFARE FUND, IBEW LOCAL UNION NO. 56 EMPLOYEES DEFERRED SAVINGS PLAN, IBEW LOCAL UNION NO. 56 DELINQUENCY PENALTY DEFAULT FUND, ELECTRICAL EDUCATIONAL TRUST FUND and IBEW LOCAL UNION NO. 56 SUPPLEMENTAL UNEMPLOYMENT FUND, <br><br>　　　　　　　Plaintiffs, <br><br>vs. <br><br>CASSA ELECTRIC, <br><br>　　　　　　　Defendant, <br><br>vs. <br><br>FIRST NATIONAL BANK, <br><br>　　　　　　　Garnishee. | CIVIL ACTION NO. 04-361 ERIE <br><br> Judge Sean J. McLaughlin <br><br> ***This document was electronically filed on October 17, 2005.*** |

## SATISFACTION OF JUDGMENT
## AS TO FIRST NATIONAL BANK, GARNISHEE

TO:  CLERK, U.S. DISTRICT COURT

　　　Please satisfy the judgment as to First National Bank, Garnishee, in the above-captioned case and mark the docket accordingly.

MEYER, UNKOVIC & SCOTT LLP

_____
Joseph A. Vater, Jr.
Pa I.D. #23654

Elaina A. Smiley
Pa I.D. #84024

1300 Oliver Building
Pittsburgh, PA  15222
(412) 456-2800
Attorneys For Plaintiffs

Sworn to and subscribed before me

this 17th day of October, 2005

_____
Notary Public

My Commission Expires:

```
COMMONWEALTH OF PENNSYLVANIA
          Notarial Seal
   David E. Capan, Notary Public
City Of Pittsburgh, Allegheny County
 My Commission Expires Feb. 10, 2008
```
Member, Pennsylvania Association Of Notaries