## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Satisfaction of Judgment as to First National Bank, Garnishee, has been served on all parties listed below by United States first class mail, postage prepaid this 17th day of October, 2005, addressed as follows:

> First National Bank
> c/o Charles C. Casalnova, Esquire
> One F.N.B. Boulevard
> Hermitage, PA 16148-3363

By:  /s/ Elaina A. Smiley