IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBEW LOCAL NO. 56 VACATION FUND, NATIONAL LABOR MANAGEMENT COOPERATIVE COUNCIL, NATIONAL ELECTRICAL BENEFIT FUND, MICHAEL ALBERICO AND AL CHURCH, AS TRUSTEES OF THE IBEW LOCAL UNION NO. 56 PENSION FUND, IBEW LOCAL UNION NO. 56 HEALTH AND WELFARE FUND, IBEW LOCAL UNION NO. 56 EMPLOYEES DEFERRED SAVINGS PLAN, IBEW LOCAL UNION NO. 56 DELINQUENCY PENALTY DEFAULT FUND, ELECTRICAL EDUCATIONAL TRUST FUND and IBEW LOCAL UNION NO. 56 SUPPLEMENTAL UNEMPLOYMENT FUND, <br><br>  Plaintiffs, <br><br> vs. <br><br> CASSA ELECTRIC, <br><br>  Defendant, <br><br> vs. <br><br> IBEW LOCAL 56 CREDIT UNION, <br><br>  Garnishee. | CIVIL ACTION NO. 04-361 ERIE <br><br> Judge Sean J. McLaughlin <br><br> *This document was electronically filed.* |

**PRAECIPE FOR WRIT OF EXECUTION AGAINST GARNISHEE**

TO: CLERK, U.S. DISTRICT COURT

Kindly issue a writ of execution in the above matter

1. against **Cassa Electric**, Defendant; and
2. against **IBEW Local 56 Credit Union**, Garnishee;
3. Judgment Amount Due            $10,191.29
   Payments Made to Date         $(2,641.09)
   Interest from 2/22/05 through
   11/23/05 at 6% per annum ($1.24 per diem)   $   339.76
         Subtotal:                                      **$ 7,889.96**

| | |
|---|---|
| Service Costs: | $_____ |
| Clerk of U.S. District Court: | $_____ |
| **TOTAL DUE:** | $_____ |

Respectfully submitted,

/s/ Elaina A. Smiley
Joseph A. Vater, Jr.
Pa I.D. #23654

Elaina A. Smiley
Pa I.D. #84024

MEYER, UNKOVIC & SCOTT LLP
1300 Oliver Building
Pittsburgh, PA  15222
(412) 456-2800
Attorneys For Plaintiffs