IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBEW LOCAL NO. 56 VACATION FUND, NATIONAL LABOR MANAGEMENT COOPERATIVE COUNCIL, NATIONAL ELECTRICAL BENEFIT FUND, MICHAEL ALBERICO AND AL CHURCH, AS TRUSTEES OF THE IBEW LOCAL UNION NO. 56 PENSION FUND, IBEW LOCAL UNION NO. 56 HEALTH AND WELFARE FUND, IBEW LOCAL UNION NO. 56 EMPLOYEES DEFERRED SAVINGS PLAN, IBEW LOCAL UNION NO. 56 DELINQUENCY PENALTY DEFAULT FUND, ELECTRICAL EDUCATIONAL TRUST FUND and IBEW LOCAL UNION NO. 56 SUPPLEMENTAL UNEMPLOYMENT FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>CASSA ELECTRIC,<br><br>Defendant,<br><br>vs.<br><br>IBEW LOCAL 56 CREDIT UNION,<br><br>Garnishee. | CIVIL ACTION NO. 04-361 ERIE<br><br>Judge Sean J. McLaughlin<br><br>***This document was electronically filed.*** |

**WRIT OF EXECUTION NOTICE**

This paper is a "Writ of Execution". It has been issued because there is a judgment against you. It may cause your property to be held or taken to pay the judgment. You may have legal rights to prevent your property from being taken. A lawyer can advise you more specifically of these rights. If you wish to exercise your rights, you must act promptly.

The law provides that certain property cannot be taken and sold by the Sheriff to satisfy your debts. SUCH PROPERTY IS SAID TO BE EXEMPT. No matter what you may owe, there is a DEBTOR'S EXEMPTION established by law. This means that no matter what happens, the Sheriff must give you from the sale at least $300.00 in cash or property. There are also other exemptions which may be applicable to you. Listed below is a summary of some of the major exemptions. You may have other exemptions or other rights. If you have an exemption, you should do the following promptly:

582406.1                                                                 04-361 ERIE

    (1)    Complete the claim form and demand a prompt hearing.
    (2)    Deliver the form or mail it to the Sheriff's Office at the address noted.

You should come to court when and where you are told to appear ready to explain your exemption.  **IF YOU DO NOT COME TO COURT AND PROVE YOUR EXEMPTION, YOU MAY LOSE SOME OF YOUR PROPERTY.**

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW.  THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

**IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.**

**LAWYER REFERRAL SERVICE**
**Erie County Bar Association**
**302 W. 9th Street**
**Erie, PA 16502**
**Telephone: (814) 459-4411**

### MAJOR EXEMPTIONS UNDER PENNSYLVANIA AND FEDERAL LAW
1. $300.00 exemptions set by law.
2. All wearing apparel used by yourself and all family members.
3. Bibles, school books, sewing machines, uniforms and equipment.
4. Tools of your trade, such as carpenter's tools.
5. Most wages and unemployment benefits.
6. Social security benefits, certain retirement funds and accounts.
7. Certain veteran and armed forces benefits.
8. Certain insurance proceeds.
9. Such other exemptions as may be provided by law.

CLAIM FOR EXEMPTION

TO THE SHERIFF:

    I, the above-named defendant, claim exemption of property from levy or attachment:

    (1)    FROM MY PERSONAL PROPERTY IN MY POSSESSION WHICH HAS BEEN LEVIED UPON,
        (a)    I desire that my $300.00 exemption be:
            (__)    (1)    set aside of kind (specify property to be set aside in kind):_____

            (__)    (2)    paid in cash following the sale of the property levied upon; or
        (b)    I claim the following exemption (specify property and basis for exemption): _____
_____

    (2)    FROM MY PROPERTY WHICH IS IN THE POSSESSION OF A THIRD PARTY, I CLAIM THE FOLLOWING EXEMPTIONS:

    (a)    my $300.00 statutory exemption: (__) in cash; (__) in kind (specify property): _____

_____

    (b)    Social security benefits on deposit in the amount of: $_____;

    (c)    Other (specify amount and basis of exemption): _____

_____

I request a prompt court hearing to determine the exemption. Notice of the hearing should be given me at the following:

_____        _____
(Address)                                            (Telephone number)

I verify that the statements made in this Claim for Exemption are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

Date:_____    Defendant:_____

THIS CLAIM TO BE FILED WITH:

THE OFFICE OF THE UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA
P.O. Box 1820
Erie, PA 16507
(814) 464-9680
