IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBEW LOCAL NO. 56 VACATION FUND, NATIONAL LABOR MANAGEMENT COOPERATIVE COUNCIL, NATIONAL ELECTRICAL BENEFIT FUND, MICHAEL ALBERICO AND AL CHURCH, AS TRUSTEES OF THE IBEW LOCAL UNION NO. 56 PENSION FUND, IBEW LOCAL UNION NO. 56 HEALTH AND WELFARE FUND, IBEW LOCAL UNION NO. 56 EMPLOYEES DEFERRED SAVINGS PLAN, IBEW LOCAL UNION NO. 56 DELINQUENCY PENALTY DEFAULT FUND, ELECTRICAL EDUCATIONAL TRUST FUND and IBEW LOCAL UNION NO. 56 SUPPLEMENTAL UNEMPLOYMENT FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> CASSA ELECTRIC, <br><br> Defendant, <br><br> vs. <br><br> IBEW LOCAL 56 CREDIT UNION, <br><br> Garnishee. | CIVIL ACTION NO. 04-361 ERIE <br><br> Judge Sean J. McLaughlin <br><br> *This document was electronically filed.* |

## ORDER

AND NOW, to wit, this ____ day of _____, 200__, IT IS ORDERED that a process server at MacDonald, Illig, Jones & Britton LLP be and the same is hereby specially appointed to serve the Interrogatories to Garnishee, upon **IBEW Local 56 Credit Union,** Garnishee in this action.

IT IS FURTHER ORDERED that proof of such service shall be made by affidavit in accordance with Rule 4(l), Federal Rules of Civil Procedure.

FOR THE COURT:

_____