597703.1                                                                                                              04-361 ERIE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBEW LOCAL NO. 56 VACATION FUND, NATIONAL LABOR MANAGEMENT COOPERATIVE COUNCIL, NATIONAL ELECTRICAL BENEFIT FUND, MICHAEL ALBERICO AND AL CHURCH, AS TRUSTEES OF THE IBEW LOCAL UNION NO. 56 PENSION FUND, IBEW LOCAL UNION NO. 56 HEALTH AND WELFARE FUND, IBEW LOCAL UNION NO. 56 EMPLOYEES DEFERRED SAVINGS PLAN, IBEW LOCAL UNION NO. 56 DELINQUENCY PENALTY DEFAULT FUND, ELECTRICAL EDUCATIONAL TRUST FUND and IBEW LOCAL UNION NO. 56 SUPPLEMENTAL UNEMPLOYMENT FUND, <br><br>            Plaintiffs, <br><br> vs. <br><br> CASSA ELECTRIC, <br><br>            Defendant, <br><br> vs. <br><br> IBEW LOCAL 56 CREDIT UNION, <br><br>            Garnishee. | CIVIL ACTION NO. 04-361 ERIE <br><br> Judge Sean J. McLaughlin <br><br> **THIS DOCUMENT WAS ELECTRONICALLY FILED** |

## SETTLE AND DISCONTINUE
## AS TO IBEW LOCAL 56 CREDIT UNION, GARNISHEE

TO: CLERK, U.S. DISTRICT COURT

Please settle and discontinue the action as to IBEW LOCAL 56 CREDIT UNION, Garnishee, in the above-captioned case and mark the docket accordingly.

MEYER, UNKOVIC & SCOTT LLP

_____
Joseph A. Vater, Jr.
Pa I.D. #23654

Elaina A. Smiley
Pa I.D. #84024

1300 Oliver Building
Pittsburgh, PA 15222
(412) 456-2800
Attorneys For Plaintiffs

Sworn to and subscribed before me this 13th day of February, 2006.

_____
Notary Public

My Commission Expires:

> Notarial Seal
> Toby Marchionno-Adams, Notary Public
> City of Pittsburgh, Allegheny County
> My Commission Expires Mar. 1, 2007
>
> Member, Pennsylvania Association of Notaries

2