## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Settle and Discontinue as to IBEW Local 56 Credit Union, Garnishee, has been served on all parties listed below by United States first class mail, postage prepaid this 21st day of February, 2006, addressed as follows:

>IBEW Local 56 Credit Union
>c/o Charlene M. Hedderick, Manager
>962 West 20th Street
>Erie, PA 16502

By: _____